**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | Cr. No. <u>17-CR-20030-SHL</u> |
| | * | |
| vs. | * | |
| | * | |
| VANEET SINGH, | * | |
| | * | |
| Defendant. | * | |

---

### MOTION FOR DISMISSAL OF CRIMINAL COMPLAINT

---

The United States, pursuant to Rule 48(a), F. R. Crim. P., moves the Court for the dismissal of the criminal complaint in this case.

A proposed order is submitted with this motion.

Respectfully submitted,

LAWRENCE J. LAURENZI
Acting United States Attorney

By: <u>s/TONY R. ARVIN</u>
TONY R. ARVIN
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103
(#11392 Tennessee)

### CERTIFICATE OF SERVICE

I, Tony R. Arvin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a true copy of the foregoing document was forwarded by electronic means via the court electronic filing system to Greg Bartlett, Attorney for Defendant-Vaneet Singh.

This 10th day of May, 2017.

s/TONY R. ARVIN
TONY R. ARVIN
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103